**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-6540**

———

JAMES DENSON,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Respondent - Appellee.

———

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-01-4604-6)

———

Submitted:  June 20, 2002          Decided:  June 27, 2002

———

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———

Affirmed by unpublished per curiam opinion.

———

James Denson, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Denson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Denson v. United States, No. CA-01-4604-6 (D.S.C. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED